IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND DEBORAH MCDOWELL,<br><br>     Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA,<br><br>     Defendant.                             / | No. C 11-02569 CRB<br><br>**ORDER DENYING MOTION TO REQUEST DATE FOR HEARING** |

Pro se plaintiffs Frank and Deborah McDowell have filed a document entitled "Motion to Request Date for Hearing," see dkt. 8, which appears to be (but for the title) the exact same document, verbatim, as their application for a Temporary Restraining Order, see dkt. 2. The Court has already denied Plaintiffs' application for a Temporary Restraining Order. See dkt. 4. Accordingly, this further Motion (dkt. 8) is STRICKEN as duplicative and moot. The Court will not hold a hearing on an application that has already been denied.

**IT IS SO ORDERED.**

Dated: June 23, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2569\TRO.wpd