IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND DEBORAH MCDOWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA,<br><br>    Defendant.<br>_____/ | No. C 11-02569 CRB<br><br>**ORDER STRIKING MOTION: INJUNCTION ON ALL** |

Pro se plaintiffs Frank and Deborah McDowell have filed a document entitled "Motion: (Injunction on All)," see dkt. 13, which, like the Motion they filed on June 21, 2011 (dkt. 8), appears to be essentially the exact same document as their application for a Temporary Restraining Order, see dkt. 2. The Court has already denied Plaintiffs' application for a Temporary Restraining Order. See dkt. 4. Accordingly, this further Motion (dkt. 13) is STRICKEN as duplicative and moot. The Court will not hold a hearing on an application that has already been denied.

    **IT IS SO ORDERED.**

Dated: July 15, 2011

                                                  CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE