IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND DEBORAH MCDOWELL, | No. C 11-02569 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE STATE OF CALIFORNIA, | |
| Defendant. / | |

    Having granted the Defendants' Motions to Dismiss, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 9, 2011                        CHARLES R. BREYER
                                                   UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2569\judgment.wpd