IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND DEBORAH MCDOWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA,<br><br>    Defendant.<br>_____/ | No. C 11-02569 CRB<br><br>**JUDGMENT** |

    Having granted the Defendants' Motions to Dismiss, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: December 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2569\judgment.wpd