IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND DEBORAH MCDOWELL,<br><br>    Plaintiff-Appellants,<br><br>v.<br><br>THE STATE OF CALIFORNIA,<br><br>    Defendant-Appellee. | No. C 11-02569 CRB<br><br>**ORDER DENYING (1) MOTION FOR APPOINTMENT OF COUNSEL; (2) REQUEST FOR TRANSCRIPT AT GOVERNMENT EXPENSE** |

On January 24, 2012, the Court granted Plaintiff-Appellants' Application to Proceed *In Forma Pauperis*, in conjunction with their Notice of Appeal to the United States Court of Appeal for the Ninth Circuit. Plaintiff-Appellants have now filed (1) a motion for the appointment of counsel to represent them on appeal, and (2) a request that transcripts be provided to them at government expense.

The motion for appointment of counsel is denied, as there is no constitutional right to counsel in a civil case. See United States v. 30.64 Acres of Land, 795 F.2d 796, 801 (9th Cir. 1986).

The request for transcripts is also denied. To the extent that Plaintiff-Appellants believe that their *in forma pauperis* status entitles them to free copies of transcripts, that is incorrect. See Bonner v. Henderson, 517 F.2d 135, 136 (5th Cir. 1975). Although a litigant proceeding *in forma pauperis* might be entitled to an order providing him free transcripts if a

1 notice of appeal is filed, such order is proper only if a court certifies that the appeal is "not
2 frivolous" and that the transcript is needed to decide the issue presented by the appeal.
3 See 28 U.S.C. § 753(f).  Plaintiff-Appellants have filed a Notice of Appeal, but have made no
4 showing that their appeal is nonfrivolous or that the transcripts are needed to decide the
5 issues presented.

**IT IS SO ORDERED.**

Dated: February 16, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2569\order re counsel and transcripts.wpd            2